CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
elliottm@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>Plaintiff,<br><br>v.<br><br>**Pedro Rivera;**<br>**Ramona Rivera**; and Does 1-10,<br><br>Defendants. | Case: 2:19-cv-10497-AB-SK<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), the Parties jointly move that Defendant Pedro Rivera and Ramona Rivera be dismissed without prejudice, with each party to bear its own fees and costs.

1

| | |
|---|---|
| Dated: July 2, 2020 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Elliott Montgomery<br>Elliott Montgomery<br>Attorneys for Plaintiff |
| Dated: July 2, 2020<br>*(signed)* Pedro Rivera Jr. | By:<br>Pedro Rivera |
| Dated: July 2, 2020<br>*(signed)* Ramona Rivera | By:<br>Ramona Rivera |

2

Joint Stipulation for Dismissal       Case: 2:19-cv-10497-AB-SK